UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON CARRODINE,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLEN MARKETING GROUP, INC. D/B/A VACATIONOFFER.COM AND VO TRAVEL CLUB,<br><br>  Defendant. | Case No.: 2:25-cv-01645-APG-MDC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>[ECF No. 12] |

Plaintiff Jason Carrodine moves for default judgment. ECF No. 12. Default has been entered against defendant Allen Marketing Group, Inc. ECF No. 11. The motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986). I thus find good cause to grant the motion.

I HEREBY ORDER that the motion for default judgment **(ECF No. 12) is granted**. The clerk of the court is directed to enter judgment in favor of plaintiff Jason Carrodine and against defendant Allen Marketing Group, Inc. in the amount of $51,000.

DATED this 13th day of February, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE