AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Jason Carrodine | DEFAULT JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:25-cv-01645-APG-MDC |
| Allen Marketing Group, Inc. doing business as Vacationoffer.com and Vo Travel Club | |
| Defendant. | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in in favor of Plaintiff ,Jason Carrodine, and against Defendant, Allen Marketing Group, Inc., in the amount of $51,000.

02/13/2026                                    DEBRA K. KEMPI
Date                                               Clerk

                                                     /s/ALZ
                                                     Deputy Clerk